**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KTK MINING OF VIRGINIA, LLC,** *et al.,* | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 12-00655-KD-C** |
| | : | |
| **CITY OF SELMA, ALABAMA, and** | : | |
| **CHIEF OF POLICE WILLIAM T. RILEY,** | : | |
| **Defendants.** | : | |

**JUDGMENT**

In accordance with the Order entered contemporaneously herewith, it is **ORDERED,**

**ADJUDGED, and DECREED** that this action is **DISMISSED with prejudice**, subject to the

Court retaining jurisdiction to enforce the terms of the Stipulation for Settlement (Doc. 88) for a

period of **one year (365 days)** from the date of entry of the aforementioned Order

**DONE** and **ORDERED** this the **12**th day of **December 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**